**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION** | **MDL No. 3044** |

**ERRATA SHEET CORRECTING
<u>NOTICE OF POTENTIAL TAG-ALONG ACTION DKT. 219</u>**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Exactech, Inc. and Exactech U.S., Inc. file this Errata Sheet correcting the Notice of Potential Tag-Along Action, Dkt. 219, and accompanying attachments. The corrected Schedule of Actions and Docket Sheet and Complaint for *Pasquale Veneziano, et al. v. Exactech, Inc., et al.*, 3:23-cv-00715 (D.N.J.) are attached.

Dated: February 15, 2023          Respectfully submitted,

                                  **FAEGRE DRINKER BIDDLE & REATH LLP**

                                  */s/ Michael J. Kanute*
                                  Michael J. Kanute
                                  320 South Canal Street, Suite 3300
                                  Chicago, Illinois 60606
                                  T: 312-212-6510
                                  F: 312-569-3000
                                  Mike.Kanute@FaegreDrinker.com

                                  *Counsel for Defendants Exactech, Inc. and Exactech U.S., Inc.*